

FILED
CLERK, U.S. DISTRICT COURT
JUN 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELISABETH GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANTA MONICA, *et al.*,<br><br>    Defendants. | No. CV 05-5252 DSF (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Amended Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered granting in part and denying in part the defendants' motion to dismiss with leave to amend, as follows:

    (1)    The motion to dismiss plaintiff's claims arising from the November 2002 traffic stop as barred by the statute of limitations is granted without leave to amend;

    (2)    The motion to dismiss plaintiff's claims for violation of RICO is granted without leave to amend;

    (3)    The motion to dismiss plaintiff's state law claims for personal injury and property damage arising from the October 2004 incident is denied;

(4) The motion to dismiss plaintiff's state law claims for personal injury and property damage arising from the May 2005 incident is granted without leave to amend;

(5) Plaintiff's motion for summary judgment is denied;

(6) Plaintiff is not granted leave to file an amended pleading or add new defendants;

(7) The following claims alleged in the Second Amended Complaint, but omitted from the Third Amended Complaint, are dismissed with prejudice: (a) plaintiff's equal protection and due process claims; (b) her claims under 42 U.S.C. §§ 1985(2) and 1986; (c) her claim arising from the alleged unreasonable delay in a probable cause phearing; (d) her claim for excessive bail; (f) her claim for injunctive relief; (e) her claim for violation of 18 U.S.C. § 1512; (f) her claim that she was subjected to excessive force by defendant officers in the course of the July 2004 arrest; (g) her claim against the City under California Civil Code § 1714; and (h) her claims against Chief of Police James T. Butts in his official capacity; and

(8) Officers Navarro and Marioni are dismissed from this action.

The remaining defendants are ordered to file an answer to the remaining claims in the Third Amended Complaint within 20 days.

DATED: 6-5-08

_____
DALE S. FISCHER
United States District Judge