UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELISABETH GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA MONICA, *et al.*,<br><br>　　　　　Defendants. | No. CV 05-5252 DSF (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the October 15, 2008 Report and Recommendation of United States Magistrate Judge. Plaintiff has not objected to the Report and Recommendation, nor has she attempted to demonstrate why the Court should not dismiss this defendant. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the action as to defendant Carrillo, also referred to as Castillo, without prejudice.

DATED: November 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge