UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELISABETH GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA MONICA, et al.,<br><br>　　　　　Defendants. | ) No. CV 05-5252 DSF (FFM)<br>)<br>) ORDER ADOPTING FINDINGS,<br>) CONCLUSIONS AND<br>) RECOMMENDATIONS OF<br>) UNITED STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　　　The objections can be interpreted to request that the magistrate judge be recused.  (Obj. 2:13-15.)  The standard for disqualification is whether "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned."  Yagman v. Republic Ins., 987 F.2d 622, 626 (9th Cir. 1993) (citations omitted); see e.g., United States v. Studley, 783 F.2d 934, 939 (9th Cir. 1986).  A judge is not recusable simply because he reached an adverse decision.  Studley, 783 F.2d at 939.  Recusal is denied.

1       To the extent any of Plaintiff's filings constitutes appeals from or seeks
2 reconsideration of the magistrate judge's rulings, it is denied.
3       IT IS ORDERED that judgment be entered dismissing this action with prejudice.

5 DATED: 11/5/09

                              DALE S. FISCHER
                            United States District Judge