1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  CENTRAL DISTRICT OF CALIFORNIA

8                         WESTERN DIVISION

9

10    ELISABETH GREEN,                    )   No. CV 05-5252 DSF (FFM)
                                          )
11                     Plaintiff,         )   JUDGMENT
                                          )
12           v.                           )
                                          )
13    CITY OF SANTA MONICA, et al.,       )
                                          )
14                     Defendants.        )
      _____)
15

16          Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17    United States Magistrate Judge,

18          IT IS ADJUDGED that plaintiff take nothing by her Third Amended Complaint

19    and that this action is dismissed with prejudice.

20

21    DATED: 11/5/09

22

23                                        _____

24                                             DALE S. FISCHER
                                            United States District Judge
25

26

27

28